UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL** JS-6

| Case No. | CV17-1221 PSG PJWx | Date | July 7, 2017 |
|---|---|---|---|
| Title | Los Angeles Waterkeeper v. Prime Metals U.S.A., Inc. | | |

Present: The Honorable  Philip S. Gutierrez, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order Dismissing Case for Lack of Prosecution

   Plaintiff Los Angeles Waterkeeper ("Plaintiff") filed a lawsuit against Defendant Prime Metals U.S.A., Inc. ("Defendant") on February 15, 2017. *See* Dkt. # 1. Plaintiff subsequently submitted proof of service upon Defendant on February 28, 2017. *See* Dkt. # 5. On March 22, 2017, the clerk entered default against Defendant pursuant to Fed. R. Civ. P. 55(a). *See* Dkt. # 8. On May 18, 2017, the Court issued an Order to Show Cause ("OSC") why the Court should not dismiss the case for lack of prosecution. Dkt. # 9. The Court indicated that Plaintiff could satisfy the OSC by either filing a motion for default judgment or by requesting the clerk for entry of default judgment against Defendant, on or before June 1, 2017. *See id.* The Court also warned Plaintiff that failure to respond might result in the dismissal of the entire action. *See id.*

   On June 1, 2017, Plaintiff responded to the OSC, explaining to the Court that Defendant has contacted Plaintiff and that the parties were engaged in substantive settlement discussions, such that a motion for default judgment would be unnecessary. *See* Dkt. # 10. Plaintiff further indicated that the parties were in the process of finalizing their settlement agreement and requested an additional two-week extension, up to and including June 15, 2017, in order to comply with the OSC. *Id*. Now three weeks have passed and Plaintiff still has neither filed a motion for default judgment against Defendant nor a stipulation of settlement as indicated in the OSC response. Therefore, because of Plaintiff's failure to comply with the OSC, the Court DISMISSES the case for lack of prosecution, without prejudice.

   **IT IS SO ORDERED.**

AB for WH